1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN E. MITCHELL,                      Case No. 1:22-cv-00006-JLT-EPG (PC)

12                  Plaintiff,              ORDER DIRECTING CLERK TO
                                            ADMINISTRATIVELY TERMINATE
13          v.                              PLAINTIFF'S SECOND MOTION FOR AN
                                            ORDER UNDER ALL THE WRITS ACT
14   R. DIAZ, et al.,                       AND THE FINDINGS AND
                                            RECOMMENDATIONS ON THE MOTION
15                  Defendants.
                                            (ECF Nos. 20 & 22)
16
                                            ORDER DIRECTING CLERK TO SEND A
17                                          COPY OF THIS ORDER TO PLAINTIFF AT
                                            CALIFORNIA STATE PRISON,
18                                          SACRAMENTO

19          John Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action.

20   Plaintiff filed the complaint commencing this action on December 27, 2021.[1]  (ECF No. 1).

21          On May 2, 2022, Plaintiff filed a second motion for an order under the All Writs Act.

22   (ECF No. 20).  On May 4, 2022, the Court issued findings and recommendations, recommending

23   that it be denied.  (ECF No. 22).  On that same day, Plaintiff filed a notice indicating that he is

24   withdrawing the motion because he "has recieved [sic] what he believes may be all of his legal

25   documents."  (ECF No. 21, p. 1).

26          As Plaintiff has withdrawn his motion for an order under the All Writs Act, the Court will

27   direct the Clerk to administratively terminate Plaintiff's motion and its findings and

28   _____
     [1] Plaintiff did not pay the filing fee until February 1, 2022.

1  recommendations on the motion.

2       Accordingly, IT IS ORDERED that:

3          1.  The Clerk of Court is directed to administratively terminate Plaintiff's second

4              motion for an order under the All Writs Act (ECF No. 20) and the Court's findings

5              and recommendations on the motion (ECF No. 22); and

6          2.  The Clerk of Court is directed to send a copy of this order to Plaintiff at California

7              State Prison, Sacramento, P.O. Box 290066, Represa, CA 95671.[2]

8

9  IT IS SO ORDERED.

10     Dated:  __May 5, 2022__          ___/s/ Erica P. Grosjean___

11                                       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
_____

27     [2] According to the docket, Plaintiff is confined at Kern Valley State Prison.  According to the address on
       Plaintiff's second motion for an order under the All Writs Act, Plaintiff is confined at California State Prison,
       Sacramento.  While the Court is sending a copy of this order to Plaintiff at California State Prison, Sacramento, the
28     Court notes that it is Plaintiff's responsibility to keep the Court notified of his current address.