UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>           Plaintiff,<br><br>     v.<br><br>T. RODRIGUEZ,<br><br>           Defendant. | Case No. 1:22-cv-00006-JLT-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO TERMINATE MOTION AS MOOT AND TO CLOSE THE CASE<br><br>(ECF Nos. 52 & 60) |

On May 19, 2023, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 60). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to terminate Plaintiff's motion to quash or modify subpoena (ECF No. 52) as moot and to close this case.

IT IS SO ORDERED.

Dated:  **May 22, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1